UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL SIKKEMA,
   a/k/a "Daniel Garcia Carrera,"

                    Defendant.

**INDICTMENT**

24 Cr.

**24 CRIM 227**

**COUNT ONE**
**(Passport Fraud)**

The Grand Jury charges:

1.    On or about February 8, 2024, in the Southern District of New York and elsewhere, DANIEL SIKKEMA, a/k/a "Daniel Garcia Carrera," the defendant, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, and used and attempted to use, and furnished to another for use a passport the issue of which was secured by reason of a false statement, to wit, SIKKEMA submitted an application for a passport for his son ("Minor Child-1"), in which he stated that Minor Child-1's passport book was lost, while knowing that statement to be false.

(Title 18, United States Code, Sections 1542 and 2.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney