LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACH SEGAL
zsegal@landklaw.com

* ADMITTED IN N Y  FLA  AND D C

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

**MEMO ENDORSED**

March 2, 2025

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       Re: *U.S. v. Daniel Sikkema,*
          <u>*24-cr-227 (ER)*</u>

Dear Judge Ramos:

  We represent Daniel Sikkema and write to request an adjournment of the April 30, 2025 status conference until **May 1, 2025, at 11:30** due to a scheduling conflict. We have corresponded with the government and Chambers, and all are available that date and time. Mr. Sikkema waives his right to a speedy trial for this adjournment to allow counsel to obtain and review discovery and engage in discussions with the government.

            Respectfully,

            */s/ Nicholas G. Kaizer*

            Nicholas G. Kaizer
            Levitt & Kaizer
            *Attorneys for Daniel Sikkema*

The application is  _X_  granted
        ____ denied

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J
Dated:  March 3, 2025
New York, New York