

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 20, 2026

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    *United States v. Sikkema*, **S1 24 Cr. 227 (ER)**

Dear Judge Ramos:

Pursuant to the Court's order and Federal Rule of Criminal Procedure 15, (Dkt. 73), the parties conducted the pretrial deposition of Dailyn Hidalgo Hernandez in Spain on April 8, 2026. The parties have reviewed the enclosed deposition transcript and have designated the highlighted portions to be shown at trial,[1] subject to the Court's rulings on the objections. To assist the Court's review, the parties jointly propose that each party file any letter briefing in support of its objections by April 24, 2026, and each party file any letter response by May 1, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s
Meredith Foster / Remy Grosbard /
Alexander Li / Nicholas Pavlis
Assistant United States Attorneys
(212) 637-2310/-2446/-2265/-1068

cc:    Counsel of record (by ECF)

Exhibit
    A.  Highlighted Deposition Transcript

---

[1] The portions of the transcript designated by the Government are highlighted in yellow, and the portions designated by the defense are highlighted in blue. The referenced Government exhibits were provided to the Court with the Government's motions *in limine* on April 13, 2026. (Dkt. 76).