# Exhibit A
# Letters of Support

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,
My name is Danny Corvo, i was the Housekeeper of the Sikkema family during 2019-2023 in Havana Cuba.
I was hired mostly because Brent needed someone who could speak english to help in the house.
I spent enough time to get to know the family but mostly to know Dany who was the one always taking care of L[redacted] and Brent affairs, Dany was always present for L[redacted]'s education and at the same time providing Brent's wellbeing while in Cuba and even when Brent was in NY he was always a caring husband.
I remember once that Brent was sick in New York during the pandemic and Dany left L[redacted] with his cousin(who's like a sister) and me for a few months, not knowing when to get back with his son because aiports were closed, all to take care of Brent . For that and for many reasons like helping everyone who needed him, being a excellent father, friend and husband i truly believe Dany is a kind and beautiful human being
And i trust in god that justice will be with him.

Thank you,

Danny Corvo

The Hon. Edgardo Ramos
U.S. District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

To Judge Ramos

My name is María Elena, Daniel's first cousin—the one the whole family knows as Dany.
I'd like to take this opportunity to briefly describe some of his qualities—I could write a whole book about them: his honesty, his humility, his whole being. I won't talk about what a great father, son, husband, friend, and cousin he is—we all know that without a doubt. Instead, I'll talk about his good heart, which is truly wonderful.
In the town of Esmeralda, where he was born, he helped four girls with serious health problems who were in wheelchairs in terrible condition. That man—my Dany—helped them, visited them, and provided all the necessary assistance, such as wheelchairs, medication, food, and many other things—truly admirable and very humane.

Dany donated, gave gifts, and visited a home for children without parental care, along with his son L[redacted]. Their godmother, Lucelis, brought them to Cuba and took them there. My cousins and I were there that day; he gave them many toys, clothes, medicine, food, and jams. The children were very happy—they adored him. When they saw the soccer uniforms and balls, you could really see the joy on those children's faces. During one of those visits, she gave a girl who was turning 15 her dress and everything else she needed for her party.
When I think about the circumstances Dany is going through, these beautiful memories and all those family conversations come to mind; these experiences are what have led me to form my opinion of her character.

Please know that my sole intention with this letter is to share my experience and allow you to get to know the person who is there.
As her cousin and sister, I love her deeply, and I am deeply moved by her situation; I hope she can be recommended based on her qualities.

I sincerely thank you from the bottom of my heart for taking the time to read these words and consider my perspective on Dany.

Respectfully, María Elena
Thank you.

Hon. Edgardo Ramos
United State District Junde
Southern District of New York
40 Foley Square
New York , New York 10007

Dejar Judge Ramos

Mi nombre es María Elena , prima hermana de Daniel al que toda la familia lo conocemos como Dany .
Aprovecho esta oportunidad para contar brevemente cualidades de él , puedo hacer un libro , su honestidad su humildad su todo , no voy hablar del gran padre , hijo , esposo , amigo y ese primo que todos queremos tener ya eso lo conocen sin dudas , voy hablar de su buen corazón de esto tan maravilloso .
En el pueblo de Esmeralda donde él nació , allí ayudó a 4 niñas con problemas de salud grave en sillas de ruedas en pésimas condiciones , ese hombre mi Dany las ayudó las visito , le prestó toda la ayuda necesaria como sillas , medicamentos , alimentos y muchas cosas más digno de admirar , muy humano .

Dany donó, regalo , visito una casa de niños sin amparo filiar , junto a su hijo L[redacted] , la madrina Lucelis la trajo a cuba y la llevó allí , primas y yo ese día el regalo muchos juguetes , ropas , medicamentos , alimentos, confituras los niños muy contentos lo adoraban cuando vieron los traje de fútbol y las pelotas la alegría de aquellos niños se notaba , en una de esas visitas le regalo a una niña que cumplía sus 15 su traje y lo demás para su fiesta .
Cuando pienso en las circunstancias que atraviesa Dany me llegan estos recuerdos hermosos y todas esas conversaciones familiares , estas experiencias son las que me han llevado a formar mi opinión sobre su carácter .

Por favor mi única intención con esta carta es aportar mi experiencia y permitir que ustedes , conocer de la persona que está allí .
Cómo prima y hermana lo quiero profundamente y estoy muy afectada y deseo que pueda ser recomendado por sus cualidades .

Le agradesco sinceramente de corazón el tiempo que se tome para leer estas palabras y considerar mis perspectivas sobre Dany .

Respetuosamente María Elena
Gracias .

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

I, Eduardo Elias Pons, am the baptismal godfather of L[redacted], Dany's son, and I am also married to one of Dany's cousins.

I met Daniel approximately 30 years ago in Cuba through family connections. He struck me as a good person, friendly and kindhearted. Over the years, when he and L[redacted] came to live in Cuba, my relationship with both him and his son grew stronger, and our family interactions became more frequent. Through this close relationship, I was able to see firsthand that he is a good person with a very kind heart, genuine compassion for others, unwavering friendship, and extraordinary generosity.

He always showed concern for and took an interest in the problems, hardships, and needs of family members, friends, and strangers with limited financial resources. I personally know that, on several occasions in Cuba, he took L[redacted], his son, to donate clothing, food, and money to homes for children without parental care. He also did this several times here in New York.

He was also a good husband, always attentive to all of Brent's needs, including travel, preparations, personal attention, and care. He was a best friend and an excellent father who always taught and instilled in L[redacted] good manners, gratitude, courtesy, kindness, and the importance of helping others.

I consider Dany to be an exceptionally kind and generous person who has always devoted himself selflessly to doing good and helping others without expecting anything in return.

In our lives, there is a before and an after having met Dany. Through his attitude and conduct, he became a very important part of our lives, for which we will always be deeply grateful.

Your Honor, I apologize for taking a little of your valuable time, and I thank you for allowing me to share with you our impressions of our beloved cousin Dany.

Sincerely and respectfully,

Eduardo Elías

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

Yo, Eduardo Elias Pons, soy padrino de bautizo de L[redacted], el hijo de Dany, y además esposo de una prima de él.

Hace unos 30 años conocí a Daniel en Cuba por mediación de la familia. Me pareció una buena persona, amigable y noble. Con los años, y al ir él a vivir a Cuba con L[redacted], la relación tanto con él como con el niño se tornó más sólida y el vínculo fue más frecuente a nivel familiar. Producto de esa cercanía, pude comprobar que es una buena persona, de muy buen corazón, de buenos sentimientos, amigo en todo momento y con un alto nivel de generosidad. Siempre se preocupó e interesó por los problemas, carencias y necesidades de familiares, amistades y desconocidos con bajos recursos. Me consta que, en varias ocasiones en Cuba, llevaba a L[redacted] (su hijo) a hacer donaciones de ropa, comida y dinero a hogares para niños sin amparo filial. Asimismo, lo hizo varias veces aquí en Nueva York.

También fue un buen esposo, siempre pendiente de todas las cosas de Brent (viajes, preparativos, atenciones y cuidados), mejor amigo y excelente padre, que siempre educó e inculcó a L[redacted] buenos modales, ser agradecido, reglas de cortesía, ser noble y ayudar al prójimo.

Considero que Dany es una persona muy bondadosa, que desinteresadamente siempre se dedicó a hacer el bien y ayudar a las personas sin esperar nada a cambio.

En nuestras vidas hay un antes y un después de conocer a Dany, quien, por su actitud y comportamiento, se convirtió en un capítulo muy importante de nuestras vidas, por lo cual siempre estaremos muy agradecidos.

Su Señoría, me disculpo por robarle un poquito de su preciado tiempo y le agradezco que me permita compartir con usted nuestras impresiones sobre nuestro querido primo Dany.

Sincera y respetuosamente,

Eduardo Elías

The Honorable Edgardo Ramos
Judge of the U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Ramos:

My name is Gabriela Elias, and I am writing to you with the utmost respect to share a few words about my cousin Dany, whom I know and deeply cherish as part of my family.

Over the years, I have had the opportunity to get to know his personal side and appreciate the qualities that define him. To me, Dany is a kind-hearted person, generous, and with a deep appreciation for his family and for those who are part of his life.

One of the qualities I admire most about him is his willingness to help others. Throughout his life, Dany has participated in charitable work and has offered support to people in need. These acts of solidarity reflect his sensitivity to the difficulties others face and his desire to make a positive difference in other people's lives.

As his cousin, I especially value the family bonds that unite us, the conversations, and the memories we've shared. I've always believed it's important to recognize people's good deeds and the positive impact they can have on those around them.

Dany is someone for whom I feel sincere affection and respect. His generosity, his family values, and his willingness to help are qualities I believe are important to highlight.

I sincerely thank him for his time and for the opportunity to share these words based on my personal and family experience.

Sincerely,

Gabriela Elias

Honorable Edgardo Ramos
Juez del Tribunal Federal de Distrito
Distrito Sur de Nueva York
40 Foley Square
Nueva York, NY 10007

Estimado juez Ramos:

Mi nombre es Gabriela Elias y me dirijo a usted con el mayor respeto para compartir unas palabras sobre mi primo Dany, a quien conozco y aprecio profundamente como parte de mi familia.

A lo largo de los años, he tenido la oportunidad de conocer su lado humano y valorar las cualidades que lo caracterizan. Para mí, Dany es una persona de buenos sentimientos, generosa y con un profundo aprecio por su familia y por quienes forman parte de su vida.

Una de las cualidades que más admiro de él es su disposición para ayudar a los demás. A lo largo de su vida, Dany ha participado en obras de caridad y ha brindado apoyo a personas que lo necesitaban. Estos gestos de solidaridad reflejan su sensibilidad hacia las dificultades ajenas y su deseo de contribuir positivamente a la vida de otras personas.

Como prima, valoro especialmente los lazos familiares que nos unen, las conversaciones y los recuerdos que hemos compartido. Siempre he considerado importante reconocer las buenas acciones de las personas y el impacto positivo que pueden tener en quienes las rodean.

Dany es alguien por quien siento un cariño y respeto sinceros. Su generosidad, sus valores familiares y su disposición para ayudar son cualidades que considero importantes destacar.

Le agradezco sinceramente su tiempo y la oportunidad de compartir estas palabras desde mi experiencia personal y familiar.

Atentamente,

Gabriela Elias

Dear Judge Ramos:

Re: Daniel Sikema

My name is Norma Garcia. I would like you to hear my opinion about Daniel Sikema Carrera. We are from the same town, and I know his family—wonderful people of whom Daniel was very proud. I was amazed to see what a good son, good father, and good friend Daniel was, how he always looked out for his mother (may she rest in peace)—a truly great human being. Above all, I know of many people he helped, especially those with asthma—children and the elderly—to whom he sent medicines that were unavailable in Cuba.

Daniel had so many admirable human qualities that it's impossible to list them all in a single letter.

I pray for him every night; I have no words to express how unbelievable this situation seems to me... It's impossible that a person with such human qualities could be going through such a horrible ordeal.

Norma Garcia

Translated with DeepL.com (free version)

Dear Judge Ramos:

Re: Daniel Sikema

Mi nombre es Norma Garcia, quisiera q escuchar a mi opinion sobre Daniel Sikema Carrera, somos del mismo Pueblo y conozco a su familia, unas personas maravillosas de la que Daniel se sentia orgulloso, me maravillo ver lo buen hijo, buen padre, buen amigo q era Daniel, como vivia pendiente de su mama(EPD), un gran ser humano, sobre todo, se de muchas personas w ayudo sobre todo a personas asmaticas niños y ancianos q les enviaba las, medicinas q no habia en Cuba.
Son tantas las cualidades Humana de Daniel q es impossible enumerarlas todas en una simple carta.
Pido por el todas las noches, no tengo palabras q puedan expresar lo insolito q me parece la situacion en q se encuentra……no es possible q una persona con esa calidad humana pueda estar pasando por esa horrible situacion.

Norma Garcia

October 20, 2026

Hon. Edgardo Ramos

United States District Judge

40 Foley Square

New York, NY 10007

Dear Judge Ramos,

I am writing as a friend of Daniel Sikkema. I have been friends with Daniel Garcia Sikkema for more than 15 years and have known him to be a generous and caring individual who was always there whenever anyone needed him. He was especially generous to his family in Cuba whom he took care of. He was also a dedicated homemaker who took care of all household related duties and dotted on his only son L[redacted] whom he adores. His son L[redacted] has been deeply affected by the loss of two parents. L[redacted] is under my care now and he is a kind and caring teenager which in my eyes is a reflection on how he was raised by Daniel Sikkema.

I have witnessed the love and affection Daniel has for L[redacted] and his family during summer holidays in Havana and the family's house on Fire Island. Daniel is a decent and loving person.

I would like you to take into consideration Daniel's life history and dedication to his family and son when sentencing.

Sincerely,

Benigno Rodriguez

[redacted]

New York, NY 10016

Hon. Edgardo Ramos

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Dear Judge Ramos:

My name is María Roxana Solórzano Benítez, and I respectfully write to share a few words about Daniel, whom all of us who love him call Dany.

I first heard about Dany a little over fourteen years ago, initially through mutual friends who, over time, also became an important part of my life. Long before I met him personally, his name was already a part of our everyday conversations. It was common to hear about everything he did for his family and for people close to him, especially those living in Camagüey who had fewer financial resources.

What always struck me was that his help never seemed limited to a particular need. Dany took care of the smallest details as well as the most significant problems. He was concerned about food, clothing, shoes, hygiene products, medical care, and medications. Whenever possible, he even helped improve the living conditions of several members of his family. He was especially attentive to his mother, her well-being, and anything she might need.

His presence was so constant in the lives of those families that it had become something entirely natural. I remember the young children of our friends frequently saying, with the spontaneity typical of childhood, "Uncle Daniel gave me this." They were simple words, but they said a great deal. Behind them was a continuous history of attentiveness, generosity, and concern for others. Brent was also part of that history, accompanying and supporting many of Daniel's generous decisions to help family members and friends.

Life gave me the opportunity to meet Dany in person more than twelve years ago, here in Havana. When I finally met him, I felt as though I was meeting someone who was already familiar to me because I had heard about him for years. Meeting him personally only increased my respect and admiration for the kind of person he was.

Over time, he also became a friend to me and my family. Dany knew that we were not accustomed to asking him for anything, but even so, he never stopped asking how we were doing or whether we needed anything. I believe that strengthened our friendship even more. We knew how many people depended on him and how much he did for others, which is why we avoided asking him for help, even when we might have needed it. Nevertheless, his concern for us was always present.

There are memories of Dany that, to me, clearly define who he is as a person. For many years, he dreamed of someday owning a luxury car, something he was very excited about. However, when the time came that he could begin to realize that dream, he decided to put it aside because his greatest priority was becoming a father. He chose to devote his resources, his time, and his hopes to the possibility of conceiving L[redacted]. For him, becoming a father was more important than any material possession.

Even before L[redacted] was born, Dany embraced fatherhood with a level of devotion I have rarely seen. His son became the center of his life, not through indulgence or extravagance, but through a deep concern for his education and the person he would become. He always wanted L[redacted] to grow up to be a noble, compassionate man who was aware of the circumstances of others.

He never wanted to raise L[redacted] believing that the things he enjoyed were normal for everyone. On the contrary, on various occasions he took L[redacted] to see the circumstances of people with fewer resources and to participate in efforts to help them, so that he could understand that things which might seem simple or ordinary to him could mean a great deal to other people.

Another memory I hold in particular regard concerns his nephew, who, while still a young child of about four years old, developed severe diabetes. For years, Dany spared no effort to help obtain the medications the boy needed. Even when his own circumstances began to become more difficult, he continued to be concerned about that child and tried to help for as long as he could.

We did not learn about these acts because Dany spoke of them in search of recognition. We knew about them because they were a natural part of the lives of the people around him. That is precisely one of the things I value most about him.

To me, Dany has always been a gentle, kind, calm, and even-tempered person. He is someone who tries to help whenever he can, who deeply appreciates good people, and who has demonstrated tremendous compassion over the years toward his family, his friends, and those going through difficult circumstances.

Of all his qualities, the one I probably admire most is the way he has been a father. In all these years, I have known few fathers with such complete devotion to their children. Daniel has tried to teach L[redacted] not only to grow, study, and develop, but also to become a noble, grateful, and compassionate person who is sensitive to the suffering of others.

I am not writing these words to express an opinion about the legal matters before this Court. I write solely from my personal experience and from the many years during which I have come to know Daniel, first through the people he helped and later directly as a friend to me and my family.

I considered it important that Your Honor also know this part of his story: the son who was attentive to his mother, the family member who helped others for years, the friend who cared about those around him, and, above all, the father who was deeply devoted to his son.

I sincerely appreciate the time you have taken to read these words and the opportunity to share with you the Daniel we have known for so many years.

Respectfully,

María Roxana Solórzano Benítez Havana, Cuba

Hon. Edgardo Ramos

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Estimado Juez Ramos:

Mi nombre es María Roxana Solórzano Benítez y me dirijo respetuosamente a usted para compartir algunas palabras sobre Daniel, a quien todos los que le queremos llamamos Dany.

Conocí de Dany hace algo más de catorce años, inicialmente a través de amigos en común que, con el tiempo, se convirtieron también en parte importante de mi vida. Mucho antes de conocerlo personalmente, su nombre ya formaba parte de nuestras conversaciones cotidianas. Era habitual escuchar hablar de todo cuanto hacía por su familia y por personas cercanas a él, especialmente por aquellos que vivían en Camagüey y disponían de menos recursos.

Lo que siempre llamó mi atención fue que su ayuda nunca parecía limitarse a una necesidad puntual. Dany se ocupaba de los detalles más pequeños y también de los problemas más importantes. Se preocupaba por la alimentación, la ropa, el calzado, los productos de aseo, los médicos y los medicamentos. Cuando le fue posible, ayudó incluso a mejorar las condiciones de vivienda de varios miembros de su familia. De manera muy especial, siempre estuvo pendiente de su madre, de su bienestar y de cada cosa que pudiera necesitar.

Su presencia era tan constante en la vida de aquellas familias que se había convertido en algo completamente natural. Recuerdo a los niños pequeños de nuestros amigos diciendo con frecuencia, con la espontaneidad propia de la infancia: “Esto me lo dio tío Daniel”. Eran palabras sencillas, pero decían mucho. Detrás de ellas existía una historia permanente de atención, generosidad y preocupación por los demás. En esa misma historia aparecía también Brent, quien acompañaba y apoyaba muchas de las decisiones solidarias de Daniel hacia familiares y amigos.

La vida me dio la oportunidad de conocer personalmente a Dany hace más de doce años, aquí en La Habana. Cuando finalmente lo conocí, tuve la sensación de encontrarme con alguien que ya era familiar para mí, porque había escuchado hablar de él durante años. Conocerlo personalmente solo hizo que aumentara mi respeto y mi admiración por su manera de ser.

Con el tiempo se convirtió también en amigo mío y de mi familia. Dany sabía que nosotros no solíamos pedirle nada, pero aun así nunca dejó de preguntarnos cómo estábamos o si necesitábamos alguna cosa. Creo que eso fortaleció todavía más nuestra amistad. Nosotros conocíamos la cantidad de personas que dependían de él y sabíamos cuánto hacía por los demás, por eso evitábamos pedirle ayuda incluso cuando podíamos necesitarla. Sin embargo, su preocupación por nosotros estaba siempre presente.

Hay recuerdos de Dany que para mí definen claramente quién es como persona. Durante muchos años soñó con tener algún día un automóvil de lujo, algo que le hacía mucha ilusión. Sin embargo, cuando llegó el momento en que podía acercarse a ese sueño, decidió ponerlo en segundo plano porque su mayor prioridad era convertirse en padre. Eligió dedicar sus recursos, su tiempo y sus esperanzas a la posibilidad de concebir a L[redacted]. Para él, ser padre fue más importante que cualquier bien material.

Desde antes del nacimiento de L[redacted], Dany asumió la paternidad con una entrega que pocas veces he visto. Su hijo se convirtió en el centro de su vida, no desde la complacencia ni desde la ostentación, sino desde una profunda preocupación por su educación y por la persona que llegaría a ser. Siempre quiso que L[redacted] creciera como un hombre noble, sensible y consciente de la realidad de los demás.

Nunca quiso educarlo pensando que aquello que tenía era lo normal para todo el mundo. Al contrario, en diferentes ocasiones lo llevó a conocer la realidad de personas con menos recursos y a participar en acciones de ayuda, para que pudiera comprender que cosas que para él podían parecer sencillas o cotidianas para otras personas podían representar muchísimo.

Otro recuerdo que guardo con especial respeto es el de su sobrino, quien siendo todavía un niño pequeño, alrededor de los cuatro años, comenzó a padecer una diabetes severa. Durante años, Dany no escatimó esfuerzos para ayudar con los medicamentos que necesitaba. Incluso cuando sus propias circunstancias comenzaron a ser más difíciles, continuó preocupándose por ese niño y procurando ayudar mientras le fue posible.

Estos hechos nunca los conocimos porque Dany hablara de ellos para recibir reconocimiento. Los conocíamos porque formaban parte natural de la vida de las personas que lo rodeaban. Esa es, precisamente, una de las cosas que más valoro en él.

Para mí, Dany siempre ha sido una persona dulce, amable, pausada y ecuánime. Es alguien que intenta ayudar cuando puede, que aprecia profundamente a las personas buenas y que ha demostrado durante años una enorme sensibilidad hacia su familia, sus amigos y quienes atraviesan situaciones difíciles.

De todas sus cualidades, probablemente la que más admiro es su manera de ser padre. En todos estos años he conocido pocos padres con una dedicación tan completa hacia su hijo. Daniel ha intentado enseñarle a L[redacted] no solo a crecer, estudiar y desarrollarse, sino también a ser una persona noble, agradecida y sensible ante el sufrimiento de los demás.

No escribo estas palabras para expresar una opinión sobre los asuntos legales que están ante este Tribunal. Las escribo únicamente desde mi experiencia personal y desde los muchos años en que he podido conocer a Daniel, primero a través de las personas a quienes ayudaba y después directamente como amigo mío y de mi familia.

Consideré importante que Su Señoría conociera también esta parte de su historia: la del hijo pendiente de su madre, el familiar que ayudó durante años, el amigo preocupado por quienes le rodeaban y, sobre todo, el padre profundamente dedicado a su hijo.

Agradezco sinceramente el tiempo que ha dedicado a leer estas palabras y la oportunidad de compartir con usted el Daniel que nosotros hemos conocido durante tantos años.

Respetuosamente,

María Roxana Solórzano Benítez

La Habana . Cuba

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

My name is L[redacted] S[redacted], and I am 15 years old. My parents are Daniel and Brent. I've always called one of them "Papá" and the other "Dad."

I'm writing because I want to tell you what my papá means to me.

I lost one of my parents, and it's the hardest thing I've ever been through. Since then, I've realized how important family is and how much the time we spend together matters.

My papá, Dany, is one of the most important people in my life. We have a lot of good memories together. He taught me to respect people, to be generous and to help people who need it.

Ever since I was little, my parents took me with them to donate and do charity work. I really remember my papá helping kids who didn't have a family, and families who were going through hard times. He taught me that you help people because you want to, not because you'll get something back.

I still have a lot to learn and a lot of dreams. I want my papá there for those moments, because he's the parent I have left. What both of my parents taught me is part of who I am now.

After losing one of them, I value every moment and every conversation so much more. To me, my papá means love and family.

No matter what happens, when I think about Daniel, I think about my papá, all the good things he's taught me and our family.

Thank you for reading my letter and for letting me tell you what my papá means to me, especially right now.

Respectfully,

L[redacted] [redacted]l S[redacted]

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos:

My name is Mayra Sotorrios, and I am writing to you with the utmost respect to share a few words about my first cousin, Dany, with whom I share very close family ties and a history of affection and shared memories.

As a member of his family, I have had the opportunity to get to know him on a personal level and to appreciate the qualities that define him. Dany is someone I love deeply, and I value his generosity, his sensitivity, and the affection he shows toward his loved ones. One of the actions I consider important to highlight is his involvement in charitable work, especially the help he has provided to a home for children without parental care who face all kinds of needs and hardships. His willingness to support children going through difficult circumstances reflects a special sensitivity toward those who need attention, affection, and solidarity. For me, these gestures represent a valuable part of his humanity.

I recall one of his son's birthdays when, in the invitation, he explained to the guests that—at L[redacted]'s request—any gifts they brought would be given to the children at the home for children without parental care as a Three Kings' Day gift on January 6, because those children also deserved to have the Three Kings. This speaks to the values instilled in a child through his upbringing. This is a fundamental aspect of his life as a father. Dany has a 15-year-old son who is at a very important stage in his growth and development, facing the loss of one parent and now the absence of the other, so to speak; at that age, love, guidance, and the bond with parents hold special significance and have an incalculable impact on the future. As a family, we recognize the emotional value of that relationship and how important it is to both of us.

Throughout our life as a family, I have learned to value Dany not only for the love that binds us, but also for his actions toward others. His willingness to help, his family values, and the memories we share are aspects of his character that I consider important.

I sincerely thank you for taking the time to read these words and for the opportunity to share my personal and family experience.

Respectfully,

Mayra Sotorrios

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Estimado juez Ramos:

Mi nombre es Mayra Sotorrios y me dirijo a usted con el mayor respeto para compartir unas palabras sobre mi primo hermano Dany, con quien me unen lazos familiares muy cercanos y una historia de cariño y recuerdos compartidos.

Como parte de su familia, he tenido la oportunidad de conocer su lado humano y apreciar las cualidades que lo caracterizan. Dany es una persona a quien quiero profundamente y de quien valoro su generosidad, sus sentimientos y el afecto que mantiene hacia sus seres queridos.

Una de las acciones que considero importante destacar es su participación en obras de caridad, especialmente la ayuda que ha brindado a un hogar de niños sin amparo filial con todo tipo de necesidades y carencias. Su disposición para apoyar a menores que atraviesan circunstancias difíciles refleja una sensibilidad especial hacia quienes necesitan atención, cariño y solidaridad. Para mí, estos gestos representan una parte valiosa de su calidad humana.

Recuerdo un cumpleaños de su hijo que en la invitación explicó a los invitados que el regalo que llevasen, a petición de L[redacted], serían entregados a los niños del Hogar sin amparo filial como regalo de reyes del 6 de enero porque esos niños también merecían tener Reyes Magos. Esto habla de los valores inculcados a un niño mediante su crianza inculcando valores.

Este aspecto fundamental de su vida en su condición de padre. Dany tiene a su hijo de 15 años que se encuentra en una etapa muy importante de su crecimiento y desarrollo, enfrentando la pérdida de uno de sus padres y ahora la ausencia del otro, por llamarlo de algún modo; a esa edad, el amor, la orientación y el vínculo con los padres tienen un significado especial y una repercusión futura incalculables. Como familia, reconocemos el valor emocional de esa relación y la importancia que tiene para ambos.

A lo largo de nuestra vida familiar, he aprendido a valorar a Dany no solamente por el cariño que nos une, sino también por sus acciones hacia otras personas. Su disposición para ayudar, sus valores familiares y los recuerdos que compartimos son aspectos que considero importantes de su persona.

Le agradezco sinceramente el tiempo dedicado a leer estas palabras y la oportunidad de compartir mi experiencia personal y familiar.

Respetuosamente,

Mayra Sotorrios

The Honorable Edgardo Ramos

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

**Re: Character Reference Letter in Support of Daniel Sikkema**

Dear Judge Ramos:

We write with the utmost respect and deep emotion to share our personal testimony about Daniel Sikkema, someone we have known and loved for many years and who has held a special place in our lives. We are María del Mar Husseín Toranzo and Emilia María Toranzo Villanueva, mother and daughter, residing in Madrid, Spain.

We met Daniel when he arrived in Spain from Cuba, after enduring very difficult circumstances in his pursuit of freedom and a better life. I, María del Mar, was in a relationship with Orestes, his brother in every sense but blood. They had grown up together in Cuba and shared such a close bond since childhood that they considered themselves brothers.

That is how Daniel became part of our family. My mother, Emilia, also knew him personally and cared deeply for him. Daniel affectionately called her “Mima,” a small word that, to us, captures the tenderness and trust of their relationship.

During his years in Madrid, we knew a hardworking, determined young man with a strong character and extraordinary generosity. Daniel was not someone who gave away only what he had left over: he shared even what he himself needed. He helped friends, welcomed people going through difficult times, and always found a way to lend a hand.

What we admired most was that his generosity did not depend on money. When he later prospered in the United States, he continued to care for loved ones and support his family in Cuba. Among his generous acts, I learned that he had even helped a cousin obtain a home. When his circumstances changed, his heart remained the same.

I, María del Mar, had the privilege of sharing many years of friendship, family experiences, and unforgettable moments with Daniel. I was among those who helped him move. We maintained our friendship across the distance, and he invited me to visit him in the United States several times, paying for my travels and giving me wonderful memories I will always treasure.

But what I value most is not those trips or extraordinary experiences. It is knowing that whenever I needed a helping hand, Daniel was there to offer one.

We know his strength, his ability to overcome adversity, and his determination to pursue his dreams. We also know his sensitivity, his loyalty, and his affection for the people in his life. We know how much becoming a father meant to him and how deeply he loves his son, [redacted].

Your Honor, we recognize the seriousness of these circumstances and the responsibility entrusted to you. We do not seek to address the legal issues in this case. We simply wish to share sincerely

what we have known of Daniel over so many years.

We respectfully ask that, in determining his sentence, you also consider his history of overcoming hardship, his acts of generosity, his family ties, and his love for his son.

Behind his name is a lifetime of effort, sacrifice, dreams, and people he has helped. To us, Daniel is still that young man who arrived in Madrid looking for an opportunity, who shared what little he had, and who tenderly called “Mima” a woman who cared for him.

We write these words with tears in our eyes, but also with the sincerity that comes from personal knowledge, gratitude, and affection. We hope our testimony will help bring his human qualities and the good he has done for so many people into consideration.

Thank you sincerely for taking the time to read our letter.

Respectfully yours,

María del Mar Husseín Toranzo

Emilia María Toranzo Villanueva

Mother and daughter; friends of Daniel since his years in Madrid

Madrid, Spain

October 22, 2026

Hon. Edgardo Ramos
United State District Junde
Southern District of New York
40 Foley Square
New York , New York 10007

Dear Mr. Ramos. My name is Madiuska Torres Casado. My connection to Daniel and what I know about him stems from the fact that his cousin, Maria Elena Morciego, has been my friend for over 26 years, and she and her husband are the godparents of my only daughter, Massiel. As a result, I am quite familiar with the inner workings of the family and the role Daniel has played for them—both financially and through his presence and familial affection— but even more so during certain very delicate health situations, such as the birth of his cousin Isis's daughter. The baby had serious postpartum complications, and at all times Daniel was there to help, attentive and offering love and support down to the smallest details that were necessary. I'm also aware of all the efforts he made to provide his cousin Yaisi's diabetic child with a strict diet and expensive medications that are scarce in Cuba—which Daniel ensured were available without limit. That gave me a sense of his sensitivity and love; I heard nothing but gratitude from them and regret that they couldn't repay his constant acts of care.

My godmother considers Daniel more than a brother—he's like a son to her, just as he is to L[redacted]—and they share a beautiful relationship built on trust, respect, and above all, infinite love—a love that is now deeply wounded but sustained by hope and faith in justice. I apologize for taking up your valuable time and thank you for your trust that justice is not based on lamentations or pleas but on doing what is right—and so it will be.

Sincerely,

Madiuska Torres Casad

Translated with DeepL.com (free version)

Hon. Edgardo Ramos
United State District Junde
Southern District of New York
40 Foley Square
New York , New York 10007

Estimado Sr Ramos. Mi.nombre es Madiuska Torres Casado, mi relación con Daniel y lo que conozco de él es porque su prima Maria Elena Morciego es mi amiga por más de 26 años y padrinos ella y su esposo de mi única hija, Massiel, por tanto conozco bastante las interioridades de la familia y el papel que Daniel ha representado para ellos tanto en lo económico, como en su presencia y cariño familiar, pero mucho más ante determinadas situaciones de salud muy delicadas como fue el nacimiento de la hija de Isis su prima, la niña tuvo serias complicaciones posparto y en todo momento Daniel estuvo ayudando, atento desde el cariño y el apoyo en los más mínimos detalles que fueron necesarios, igualmente conozco de todas las gestiones que enfrentó para dotar al niño diabético de su prima Yaisi, con una rigurosa dieta y medicamentos caros y escasos en Cuba , los que Daniel garantizaba sin límites, eso me dio la medida de su sensibilidad y amor, solo escuché de ellos agradecimiento y pena por no poder retribuir los gestos constantes de atención.

Mi comadre considera a Daniel más que un hermano, un hijo, tanto a el como a L[redacted] y tienen una relación muy bonita, de confianza, respeto y sobre todo de un amor infinito, amor que ahora está muy lastimado pero con esperanza y fe en la justicia, pido disculpas por ocupar su valioso tiempo y agradezco su atención confiada que la justicia no se basa en lamentos ni ruegos sino en hacer lo correcto y así será.

Atentamente,

Madiuska Torres Casado