# EXHIBIT A

Thank you for contacting me and for giving me the opportunity to share what Brent meant to me : Brent was my boss, my friend, and someone I considered a brother. During the time we spent together, I came to know the admirable and kind person he was, always willing to help and make everything around him better. He also supported children in orphanages, educational institutions serving orphaned children, and athletes, demonstrating his generosity and commitment to those who needed it most. His care for others deeply affected my life. It was a pleasure to care for him and work with him.

Brent's loss had a devastating impact on my life. I was the person who found his lifeless body, and that experience profoundly affected my emotional health and my will to live. I developed post-traumatic stress disorder and had to take medical leave from work. I began psychiatric and psychological treatment, including medication and weekly therapy sessions. For nearly two and a half years, I had great difficulty resuming my life. During that time, I felt as though my own existence had been suspended and had lost its meaning, marked by pain and the struggle to move forward. In addition to losing someone I considered a brother, I had to cope with the trauma of finding him in that condition. During this vulnerable period, Brent's estate stopped paying me. Losing that source of income and being unable to resume my professional relationship with him worsened my suffering and made my recovery even more difficult. At the same time, I was dealing with grief, trauma, and the loss of the stability that my work had provided.

Brent's death did not merely mean losing someone I loved; it profoundly affected my health, my work, and the way I lived. His absence continues to be deeply felt. Despite all the pain, I cherish and remain grateful for the memory of the kind and generous person I had the privilege of knowing, caring for, and considering part of my family.

Sincerely,
Simone Silveira Nunes

Simone Nunes