# EXHIBIT B

Eu Maria das Dores Rodrigues
Confesso que foi um prazer conhecer e trabalhar com o Brente Sekema pessoa Alegre compreensível honesto nunca vir igual.
Ele foi muito mais que patrão.
Sabe aquele amigo que parecer uma pessoa próxima da família.
Porque patrão agente arruma outro, amigo tenho muito agora Brent não tem igual.
Foram dez anos de convivência parece muito tempo, mais para mim foi muito rápido.
Sabe o que eu queria e que o tempo passase bem devagarinho mais passou rápido de mais e o Brent se foi não foi porque ele quis foi porque não deixaram.
Tem dias que me bate um tristeza tão grande que meu dói e o meus olhos não secaram as lágrimas aí eu choro de saudade.
Meus amigos me perguntou como eu esto porque todos sabiam o quanto eu gostava do Brent.
Hoje eu tô melhorando mais não o suficiente para esquecer. Descansar em paz Brent.

São Gonçalo
16/09/2026
Rio de janeiro
Brasil
Carinhosamente Lia

I, Maria das Dores Rodrigues
I must say it was a pleasure to meet and work with Brente Sekema—a cheerful, understanding, and honest person like no other. He was so much more than just a boss.
You know that friend who feels like part of the family.
Because, boss, we can find another one; I have plenty of friends, but none like Brent.
Ten years together—it seems like a long time, but for me, it went by really fast.
You know what I wanted? I wanted time to pass really slowly, but it went by faster than I could have imagined, and Brent is gone—not because he wanted to, but because they wouldn't let him stay. There are days when I'm overcome by such deep sadness in my [heart emoji] that it hurts, and my eyes won't dry up [sobbing emoji] and then I cry because I miss him so much.
My friends asked me how I am because they all knew how much I liked Brent.
Today I'm feeling better, but not well enough to forget. [sobbing emoji] Rest in [dove emoji] peace, Brent.

São Gonçalo
09/16/2026
Rio de Janeiro, Brazil
With love, Lia