# EXHIBIT C

**Victim Impact Statement**

Your Honor,

My name is Ada Cowlishaw, and I am Brent Sikkema's niece. I am writing this statement because I need the Court to understand the depth of the devastation his murder has caused—not only because he was my uncle, but because he was one of the last remaining connections I had to my father and to my family.

Even writing these words has caused me to cry and experience significant emotional distress. Putting this into words forces me to confront what happened all over again. I never imagined that I would have to write about my uncle in the context of his murder or explain to a court how profoundly his death has affected me.

To most people, he was Brent Sikkema. To my brother and I, he was our Uncle Brent, or as we affectionately called him, UB.

That name carries years of memories, love, familiarity, and family history that cannot be captured by simply calling him Brent.

After my father passed away, UB became the last family member remaining on my dad's side of our family. He was my connection to my father and to a part of our family that I had already lost. Losing him has therefore felt like losing another piece of my father all over again.

I have been mentally consumed by UB's murder from the moment I was notified that he had been killed.

One of the most devastating aspects of this has been the videos and images connected to his death. They have become something I cannot escape. I replay them in my mind constantly. Sometimes I watch them because I am desperately trying to understand what happened. Other times, the images come back without my choosing them.

I wish the last images in my mind of UB were memories of him living, laughing, talking, or simply being my UB.

Instead, one of the images burned into my mind is of UB walking into his house for the last time.

I have watched that video and found myself wanting desperately to scream at the screen—to warn him, to tell him not to go inside, to somehow stop what I know is about to happen. I know I cannot change the past, but my mind keeps returning to those moments as though there might somehow be a different ending. But I am helpless. I am watching something that has already happened, knowing that there is nothing I can do to save him.

That helplessness has become part of my grief.

I also replay the video of the man who stabbed UB walking into his house and, moments later, walking back out.

Knowing what was happening inside that house at that exact moment is unbearable.

After that man walked out of the house, UB was inside—lying in his bed, dead or dying after being stabbed so many times.

I cannot unknow what happened. I cannot erase those images from my mind. And I cannot separate the memory of UB from the knowledge of how violently his life was taken.

There is another aspect of this tragedy that has caused me profound disbelief and devastation: learning that is was Daniel himself who orchestrated his murder.

I had met him a couple of times. I did not know him well, but I knew that he was part of UB's life and by extension, part of my family as well. It is incredibly difficult for me to comprehend that someone who had shared a life with UB could be responsible for ending his life.

That knowledge adds another layer of betrayal and disbelief to an already unimaginable loss. I struggle to reconcile the person I knew as UB—the person I loved and remained connected to—with the horrifying circumstances in which his life was deliberately taken.

For years, distance never prevented UB and me from staying connected. I lived in California and Hawaii for most of my adult life, but we remained in contact. The miles never erased our relationship.

Then my family recently moved to Nashville.

For the first time in many years, we were finally close. I began thinking and planning for a visit. The distance that had separated us for so long was finally gone, and I looked forward to having UB become a more regular part of our lives.

We were just beginning that chapter when he was murdered. It was such an incredibly important chapter that never got to start. It was a chapter I looked forward to most of all.

That is something I struggle with deeply. I think about the visits that were supposed to happen, the conversations we were supposed to have, and the family moments we were finally close enough to share.

There should have been years of opportunities for my brother, me, and our families to spend time with UB. There should have been years for our children to grow up knowing him, hearing his stories, sharing holidays and family gatherings, and building their own

memories with their Uncle Brent. UB held the history of our family, and that included my kid's grandpa too.

Instead, that future was taken from all of us.

What should have been the beginning of a new chapter for our family became the beginning of a lifetime of grief. The sense of normalcy and future that should have continued for Lucas and for our family was shattered in a way that is beyond my comprehension.

UB was not simply someone I lost. He represented family, history, and my connection to my father. His murder took away not only his life, but the future we believed we still had with him.

I desperately want the memory of UB to be bigger than the way he died.

I want to remember his life rather than the circumstances of his death. I want to remember **UB**—my uncle, my father's brother, and the person who remained a constant connection to my family despite all the years and miles between us.

But I am now forced to carry memories that I never asked to have: images of him walking into his home for the last time, images of the person who entered after him, and the knowledge of what was happening inside that house.

This is not something I experienced once on the day I received the news. It continues to affect me. I carry it into my everyday life. I think about it when I do not want to. I replay what happened. I grieve the person UB was, the life he should have continued to live, and the future we should have shared with him.

My brother and I should still have our UB.

Our children should still have the opportunity to know him.

And I should still be looking forward to visiting my uncle instead of trying to find a way to live with the fact that he was murdered.

Nothing this Court does can bring UB back or give us the years that were taken from him. But I ask the Court to recognize the lasting impact of what was done to him and to the people who loved him.

UB was not simply a victim in a criminal case. He was a brother, an uncle, a family member, and a person who was deeply loved.

To my brother and me, he was **UB**.

He always will be.

I love and miss my UB, and I will carry the devastation of losing him for the rest of my life.

Respectfully,

Ada Cowlishaw