# EXHIBIT D

**From:** Gabriel Nunes
**Sent:** Monday, October 26, 2026 9:38:48 PM

**Subject:** [EXTERNAL EMAIL] - Brent Sikkema

Ao Excelentíssimo Juiz
Escrevo para compartilhar a importância que Brent teve na minha trajetória como atleta e o impacto de sua perda na minha vida: Brent apoiou minha carreira ajudando a custear meus treinos e minha participação em campeonatos e competições. Seu apoio representava muito mais do que uma contribuição financeira: demonstrava confiança no meu potencial e no esforço que eu dedicava ao esporte. Essa ajuda me permitiu continuar treinando, competir e buscar meus objetivos.
Conheci em Brent uma pessoa generosa, amável e sempre disposta a ajudar. Sou profundamente grato por ele ter acreditado em mim e contribuído para minha trajetória. Cada oportunidade que seu apoio tornou possível faz parte da lembrança que guardo dele.
Sua morte foi uma perda muito dolorosa. Perdi alguém que fez uma diferença concreta na minha vida, oferecendo apoio e incentivo para que eu pudesse seguir em frente no esporte. Sua ausência deixou tristeza e uma profunda gratidão por tudo o que ele fez por mim.
Espero que meu relato ajude a demonstrar o quanto a generosidade de Brent transformava a vida das pessoas. Na minha trajetória, ela se traduziu em treinos, competições e oportunidades de crescimento. Sempre me lembrarei dele com carinho, respeito e gratidão.
Respeitosamente,

Get Outlook for iOS

To the honorable judge

I am writing to share the important role Brent played in my journey as an athlete and the impact his loss has had on my life: Brent supported my athletic career by helping to cover the costs of my training and my participation in championships and competitions. His support meant far more than a financial contribution. It demonstrated his belief in my potential and in my dedication to the sport. His assistance allowed me to continue training, compete, and pursue my goals.

I saw Brent as a generous, kind, and genuinely caring person who was always willing to help others. I am deeply grateful that he believed in me and contributed to my journey. Every opportunity his support made possible remains part of the memory I carry of him.

His death was a very painful loss. I lost someone who made a real difference in my life by providing the support and encouragement that enabled me to continue pursuing my athletic goals. His absence has left me with great sadness, as well as profound gratitude for everything he did for me.

I hope that my statement helps demonstrate how Brent's generosity positively affected the lives of others. In my own life, it translated into training opportunities, competitions, and personal growth. I will always remember him with affection, respect, and gratitude.

Respectfully,